IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TERRY PEEK                                                                                    PLAINTIFF

v.                                    CASE NO. 4:16CV00099 BSM

NANCY A. BERRYHILL, Acting Commissioner,
Social Security Administration                                                          DEFENDANT

## ORDER

The recommended disposition submitted by United States Magistrate Judge Patricia S. Harris has been reviewed. No objections have been filed. After careful consideration, the recommended disposition is hereby adopted in all respects. Accordingly, the commissioner's decision is reversed and the case is remanded to the commissioner for further proceedings pursuant to "sentence four." *See* 42 U.S.C. § 405(g); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 6th day of July 2017.

_____
UNITED STATES DISTRICT JUDGE